UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Kenneth Eng_

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

14 Civ. 4948 ( )

-against-

_Creators of the Philosoraptor website_

**REQUEST TO PROCEED
IN FORMA PAUPERIS**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, _Kenneth Eng_, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   _N/A_

   JUN 12 2014
   PRO SE OFFICE

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

   _Oct 2013 – Dec 2013_

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   _SSD – $525/month_

   a) Are you receiving any public benefits?    ☐ No.    ☒ Yes, $ _$525/month_

   b) Do you receive any income from any other source?    ☒ No.    ☐ Yes, $ _____.

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   ☐ No.    ☑ Yes, $ _Less than $1000_

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☑ No.    ☐ Yes, $ _____

6. Do you pay for rent or for a mortgage? If so, how much each month?

   ☑ No.    ☐ Yes, _____.

7. List the person(s) that you pay money to support and the amount you pay each month.

   _N/A_

8. State any special financial circumstances which the Court should consider.

   _N/A_

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __6__ day of __June__, __14__
           date            month       year

_Kenneth Guy_
Signature