UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

14cv4948

Kenneth Eng

COMPLAINT

Plaintiff

Creators of the Philosoraptor website

Defendant

    I.    Parties

Plaintiff Kenneth Eng resides at 4266 Saull Street, Flushing, NY 11355
Defendant Creator of the Philosoraptor website resides at unknown

    II.    The jurisdiction of the Court is invoked pursuant to 17 U.S. CODE § 501.

    III.    There is a website called "The Philosoraptor" http://www.philosoraptor.com/ that infringes upon one of my characters, Philosoraptor. My character appeared in my book The 0th Dimension, written in 2003 and published in 2007 by FurNation, and published again by Double Dragon Publishing in 2012. Both characters, mine and the adversary's, are anthropomorphic raptors.

I am unable to ascertain any personal information about who created the website in question. There appears to be a copyright notice dated year 2000, but I cannot verify the validity of this.

    IV.    I am seeking $200,000 in damages from the creator of the Philosoraptor website.

June 6, 2014

917-573-9453

JUN 1 2 2014

PRO SE OFFICE