UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH ENG,<br><br>                    Plaintiff,<br><br>     -against-<br><br>CREATORS OF THE PHILOSORAPTOR WEBSITE ,<br><br>                    Defendants. | 14-CV-4948 (LAP)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued September 16, 2014, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

    SO ORDERED.

Dated: September 16, 2014
       New York, New York

_____
LORETTA A. PRESKA
Chief United States District Judge

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON_____.