

Cited in Eng v Creators of the Philosoraptor website
14CV4948 Decided 9/16/14
Archived on 11/17/14
This document is protected by copyright.
Further reproduction is prohibited without permission.

PONDERING THE MYSTERIES OF THE UNIVERSE
SO THAT WE DON'T HAVE TO

TO SEE THE CURRENT
PONDERING OF THE
PHILOSORAPTOR

CLICK
HERE

PHILOSORAPTOR.COM®
2000-2014

Cited in Eng v Creators of the Philosoraptor website
14CV4948 Decided 9/16/14
Archived on 11/17/14
This document is protected by copyright.
Further reproduction is prohibited without permission.